Frederick Banks
#05711-068
PO Box 2000
Fort Dix, NJ 08640;
Damian Ross for plaintiffs,

AW Sutherland; SIA
Lt. Donna Zickefoose,
Warden; SIS Department;
Federal Bureau of Prisons;
Unit Manager Schiffli; Inspector General;
BOP Office of Internal Affairs,
Thomas Kane; Barack
Obama; Eric Holder,
Defendants

United States District Court
for the Middle District of Pennsylvania

**FILED**
AUG 22 2011
PER ___
HARRISBURG, PA.   DEPUTY CLERK

Civil Action No.
1:11-CV-1551

[Evidentiary Hearing Requested]

Complaint and Mandamus Petition under 15 Stat 635 (1868) the Sioux Treaty of Ft. Laramie 1868 (Article I)

Plaintiffs make the foregoing allegations:

1. On 8/17/11 defendants individually and together conspired to (falsely and falsely) classify Plaintiff Banks as a CIM case (central inmate monitoring) based on lies by their chief confidential informant, an inmate named Gerald Lofton. Defendants failed to deliver timely and valid detention orders every 7 days under law in violation of the overall 28 CFR.

2. It was part of the scheme that Lofton a checkin would not and never be going or returned to the FCI Fort Dix compound, because he refused.

3. It was part of the scheme that defendants lodged Banks into the SHU and kept him there to keep him out of the RDAP Drug Program.

4. It was part of the scheme that defendants encouraged Staff and Lofton to perpetuate lies to damage Banks' stellar reputation so that they could concoct a lie to have him listed as a CIM case to fuck him out of  type of, and the RDAP Drug Program. A transfer to a lower security prison.

5. It was part of the scheme that defendants promised that he would be considered and given halfway house by August 30, 2011, but instead appears with a CIM separation order. Defendants did not follow their statutory mandate.

6. All in violation of the Administrative Procedure Act, 28 CFR, rule 18 you, Due Process, the First, Fifth and Eighth Amendments, the Rehabilitation Act, the Sioux Treaty of Fort Laramie, 15 Stat 635 (1868), the Ex Post Facto Clause and BOP policy concerning CIM cases and RDAP. Their demands are appropriate in the amount of twenty billion dollars, along with forty billion dollars in punitive damages. The court should also order permanent and preliminary injunctive relief vacating the CIM and ordering RDAP placement as the ex law.

Wherefore, judgment should be entered for plaintiffs and against defendants in the above certain amount of 60 billion dollars plus costs, interest and full injunctive relief, and all other appropriate relief. Executed this 17th day of August, 2011 under the penalty for perjury, along with an evidentiary hearing.

Respectfully submitted,

This civil Mandamus Action is not a civil action or an action by the ~~inmate~~ ~~of~~ ~~the~~ ~~jail~~ ~~civil~~ and therefore the PLRA and the transfer provisions of 28 CFR do not apply. This court must and should hear this case.

Frederick Banks
#05711-068
PO Box 2000
Fort Dix, NJ 08640

Damian Blackfox
14390 Route 30 #V1
Irwin, PA 15642

Plaintiffs

### Motion by Plaintiffs to Proceed In forma pauperis

Plaintiffs move the court to proceed IFP. Plaintiff Banks an inmate and Plaintiff Blackfox a non inmate have no income or assets or jobs, have not received any money within 12 months save for $10.00 (Banks), have no dependents and have not paid anyone in connection with presenting this case.

Wherefore the foregoing motion should be granted.

Executed this 17th day of August, 2011 under the penalty for perjury.

Frederick Banks
#05711-068
PO Box 2000
Fort Dix, NJ 08640

Damian Blackfox
14390 Route 30 #V1
Irwin, PA 15642

Plaintiffs

INMATE NAME: Frederick Banks
REGISTER NO.: 05711-068
HOUSING UNIT: JH1A
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

TRENTON NJ 086
19 AUG 2011 PM 3 L

RECEIVED
HARRISBURG, PA
AUG 22 2011
MARY E. D'ANDREA, CLERK
Per ___

Clerk, US District Court
PO Box 983
Harrisburg, PA 17108

Special Mail
[Priority Handling]
17108+0983